SOUTHERN RAILWAY COMPANY *v.* ROLLINS.

CANDLER, J.  1. While the language used by counsel for the plaintiff in the justice's court was highly improper, it does not appear that any motion for mistrial was made at the time ; and no ruling of the justice is complained of in the petition for certiorari which would authorize a reversal of the judgment on account of such argument.

2. While the railroad company introduced evidence tending to rebut the presumption of negligence against it, this evidence was contradicted by that of witnesses for the plaintiff. The evidence warranted the verdict for the plaintiff, and it was not error to overrule the certiorari.

*Judgment affirmed. All the Justices concur.*

Argued November 19, — Decided December 10, 1904.

Certiorari.    Before Judge Freeman.    Meriwether superior court.    February 24, 1904.

*Little & Battle* and *McLaughlin & Jones*, for plaintiff in error. *N. F. Culpepper*, contra.

---

VAUGHN *v.* MILNER, sheriff.

CANDLER, J.    The only ruling complained of being the overruling of the plaintiff's demurrer to a sheriff's answer to a money rule, and there having been no final judgment on the rule, this court has no jurisdiction to entertain the writ of error.    *United Glass Co.* v. *McConnell,* 110 *Ga.* 616.

*Writ of error dismissed. All the Justices concur.*

Argued November 23, — Decided December 10, 1904.

Practice in the Supreme Court.

*Henry Walker*, for plaintiff.    *J. F. Redding*, for defendant.